*Wednesday, November 1, 1995*

## MERIT DOCKET

**95–1448.** State ex rel. Kopina v. O'Donnell. *Cuyahoga County*, No. 68908. *Sua sponte*, cause dismissed as moot.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1478.** Flofskey v. Russell. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1611.** Landis v. Edwards. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1721.** In re Writ of Habeas Corpus for Jackson. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1751.** In re Writ of Habeas Corpus for Martinez. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1772.** Terry Robie Indus. Advertising, Inc. v. Tracy. Board of Tax Appeals, No. 93–S–1301. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.

RESNICK, J., not participating.

**95–1800.** Martin v. Hardy. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1805.** State v. Schaffner. *Auglaize County*, No. 2–95–23. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032, paragraph two of the syllabus. This cause is therefore dismissed.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**95–1823.** Guess v. Judges. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1834.** State v. Williams. *Cuyahoga County*, No. 67848. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032, paragraph two of the syllabus. This cause is therefore dismissed.

MOYER, C.J., WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, RESNICK and COOK, JJ., dissent.